No. 3184.—ARISTIDE MILTENBERGER *v.* ESTATE OF JAMES W. PIPES.

The heirs of an estate who apply by petition for an appeal from a judgment in favor of a creditor against the estate, must make the estate a party appellee. Otherwise the appeal will be dismissed on motion for want of proper parties.

APPEAL from the Fifth District Court, parish of Iberville. *Posey,* J. *Barrow & Pope,* for plaintiff and appellee. *Favrot, Chamberlin & Lawlon,* for defendants and appellants.

HOWE, J. The motion to dismiss must prevail. The judgment was rendered against the "estate of James W. Pipes," on the fifteenth January, 1870. The only appeal before us was taken by petition by certain heirs of Pipes, who had renounced his succession. Even if they had an interest to appeal they have not caused any representative of the "estate of James W. Pipes" to be cited as appellee, and the estate is, therefore, not before us. The citation to "Mrs. Susan Pipes, widow of James W. Pipes," does not bring the succession into this court. The fault is attributable to the appellants.

Appeal dismissed.

Rehearing refused.